IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS M. ABRAM, :
:  Case No. 2:17-cv-625
      Plaintiff, :
:  JUDGE ALGENON L. MARBLEY
      v. :
:  Magistrate Judge Jolson
COMMISSIONER OF SOCIAL SECURITY,: 
:
      Defendant. :

## ORDER

This matter comes before the Court on the Magistrate Judge's March 7, 2018 **Report and Recommendation** (ECF No. 12), which recommended that the Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Commissioner and the Administrative Law Judge.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 12 at 20-21). The parties have failed to file any objections, and the deadline for objections (March 21, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Commissioner of Social Security's non-disability finding is **REVERSED** and this case is **REMANDED** to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g).

      **IT IS SO ORDERED.**

                                                              **s/ Algenon L. Marbley**
                                                            **ALGENON L. MARBLEY**
                                                            **UNITED STATES DISTRICT JUDGEDATED:**

**April 5, 2018**